

# NUMBER 13-17-00642-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SCRAP METAL SERVICES, LLC; SMS ALL STAR HOLDINGS, LLC; ALL STAR METALS, LLC; JEFRY K. GERTLER; RICHARD A. GERTLER; AND NIKHIL SHAH

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Rodriguez, Benavides, and Longoria
### Per Curiam Order

Relators Scrap Metal Services, LLC; SMS All Star Holdings, LLC; All Star Metals, LLC; Jefry K. Gertler; Richard A. Gertler, and Nikhil Shah filed a petition for writ of mandamus and motion for emergency stay in the above cause on November 20, 2017. Through this original proceeding, relators seek to vacate orders: (1) denying relators' third amended motion to abate; (2) denying relators' third amended motion to dismiss for lack of subject matter jurisdiction; (3) denying in part relators' special exceptions to plaintiff's second amended petition; and (4) denying relators' second amended motion to

judicially notice and apply the law of Mexico.  Through their motion for emergency stay, relators seek to stay all proceedings in the trial court including the trial of this matter which is set for December 4, 2017.

The Court requests that the real party in interest, Sustainable Products Services LLC, file (1) a response to the motion for emergency stay, and (2) a response to the petition for writ of mandamus.  Both responses should be filed with this Court before 5:00 p.m. on Tuesday, November 28, 2017.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of November, 2017.